# Exhibit 2

Charted Claim:

Method Claim: 1

| US9529918 | Clover App Market ("Accused Product") |
|---|---|
| 1. A method, implemented by a computing device, for causing at least one application to be downloaded via a communication network, comprising: receiving, via the communication network, an input search query from a user device; | The accused product practices a method, implemented by a computing device (e.g., processor of the server implementing the accused product), for causing at least one application (e.g., application present in the accused product) to be downloaded via a communication network (e.g., the internet), comprising: receiving, via the communication network (e.g., the internet), an input search query (e.g., query for searching application) from a user device (e.g., user device such as POS terminal using the accused product). As shown below, the accused product is an Appstore/marketplace that allows users to download applications onto their POS terminals. After opening the accused product on a browser, the users can search for applications by entering a query into a search bar. Based on the input, relevant applications are displayed, and thereafter, users can then select an application to download. |

**Clover App Market**

Every small business is different.
Find the apps that are right for you and your business.



https://www.clover.com/appmarket



https://www.clover.com/appmarket?lng=en-US



https://www.clover.com/appmarket/search/clover

# Find, install, and uninstall apps

You can browse apps in the Clover App Market by category or collection, or type a term in the Search field to find the type of app you're looking for.

Most apps have a free trial period followed by a flat or per-use fee and are billed monthly using the bank account you have on file. You can review your charges in Account & Setup > Monthly Statements.

When you install an app, it is integrated into your system and appears on the Web Dashboard and on all supported Clover devices.

## Find an app

(1) From a browser, log in to your Clover account.

(2) At the left, select one of the following based on what you see onscreen:

- **More Tools**. The App Market screen will appear.
- **More** > **App Market**

(3) Enter a term in the Search field or use the menus at the top right to browse apps.

(4) **My apps**. Browse the apps on your system, either by apps included with your Clover system or by third-party developers.

(5) **Categories**. Select a category and filter by Top Rated, Most Popular, or Newest.

(6) **Collections**. Select a collection of apps curated by Clover and filter by Most Relevant, Top Rated, Most Popular, or Newest.

https://www.clover.com/en-US/help/find-and-connect-apps?srsltid=AfmBOorJDMPx_rmZ80oNgRvsdoWCWJKYKDRv4GaZz53PlxRRmncMr-af

| determining the search intent based on the input search query; | The accused product practices determining the search intent (e.g., searching for applications, comprising words inserted in the input query, to download) based on the input search query (e.g., query for searching application).<br><br><br><br>https://www.clover.com/appmarket/search/clover |
| --- | --- |

# Find, install, and uninstall apps

You can browse apps in the Clover App Market by category or collection, or type a term in the Search field to find the type of app you're looking for.

Most apps have a free trial period followed by a flat or per-use fee and are billed monthly using the bank account you have on file. You can review your charges in Account & Setup > Monthly Statements.

When you install an app, it is integrated into your system and appears on the Web Dashboard and on all supported Clover devices.

## Find an app

1. From a browser, log in to your Clover account.

2. At the left, select one of the following based on what you see onscreen:
   - **More Tools**. The App Market screen will appear.
   - **More** > **App Market**

3. Enter a term in the Search field or use the menus at the top right to browse apps.

4. **My apps**. Browse the apps on your system, either by apps included with your Clover system or by third-party developers.

5. **Categories**. Select a category and filter by Top Rated, Most Popular, or Newest.

6. **Collections**. Select a collection of apps curated by Clover and filter by Most Relevant, Top Rated, Most Popular, or Newest.

https://www.clover.com/en-US/help/find-and-connect-apps?srsltid=AfmBOorJDMPx_rmZ80oNgRvsdoWCWJKYKDRv4GaZz53PlxRRmncMr-af

| selecting, based on the search intent, at least one application from at least one applications central repository; | The accused product practices selecting, based on the search intent (e.g., searching for applications, comprising words inserted in the input query, to download), at least one application (e.g., application(s) displayed based on the query for searching application(s)) from at least one applications central repository (e.g., memory of the server storing all the applications present on the accused product).<br><br>As shown below, the accused product is an Appstore that allow users to download applications onto their POS terminals. Users can search for applications by entering a query into a search bar. Relevant applications, based on the search query, are thereafter, identified, and presented to user for selection.<br><br><br>https://www.clover.com/appmarket/search/clover |

| causing an icon corresponding to the at least one selected application to be displayed on a display of the user device; | The accused product practices causing an icon (e.g., icon(s) of the application(s) displayed based on the query for searching application) corresponding to the at least one selected application (e.g., application(s) displayed based on the query for searching application) to be displayed on a display (e.g., display of the user device such as POS terminal using the accused product) of the user device (e.g., user device such as POS terminal using the accused product). |
|---|---|
| | As shown below, the accused product enables a user to search for applications by entering a query into a search bar. In response, relevant applications and their associated icons are identified and displayed for selection by the user. |
| |  |
| | https://www.clover.com/appmarket/search/clover |

| receiving via the communication network an input from the user device indicating a particular one of the at least one selected application; | The accused product practices receiving via the communication network (e.g., the internet) an input (e.g., click) from the user device (e.g., user device such as POS terminal using the accused product) indicating a particular one (e.g., a particular application selected by the user from the application(s) displayed) of the at least one selected application (e.g., application(s) displayed based on the query for searching application).<br><br><br><br>https://www.clover.com/appmarket/search/clover |



https://www.clover.com/appmarket/apps/HFQ0K8AT9WMEJ

| | |
|---|---|
| causing establishment of a direct communication link between the user device and a location | The accused product practices causing establishment of a direct communication link (e.g., link between the server of the accused product and the user device for downloading the particular application) between the user device (e.g., user device such as POS terminal using the accused product) and a location (e.g., server hosting the particular application) hosting the particular one (e.g., particular application selected by the user from the application(s) displayed) of the at least one selected application (e.g., application(s) displayed based on the query for searching application) in response to an input (e.g., selecting the "connect" icon to establish a connection |

| hosting the particular one of the at least one selected application in response to an input received from the user device; and | and initiate the download) received from the user device (e.g., user device such as POS terminal using the accused product).<br><br>As shown below, the accused product enables a user to search for applications by entering a query into a search bar. In response, relevant applications are displayed on the user's screen. The user then selects an application to download. Upon selection, a communication link is established between the user's device and the source from which the application will be downloaded, and thereafter, the application is downloaded. |
| --- | --- |



Source: capture from Fiddler Classic



https://www.clover.com/appmarket/apps/HFQ0K8AT9WMEJ

| | |
|---|---|
| causing initiation of a download of the particular one of the at least one selected application to the user device over the direct | The accused product practices causing initiation of a download of the particular one (e.g., particular application selected by the user from the application(s) displayed) of the at least one selected application (e.g., application(s) displayed based on the query for searching application) to the user device (e.g., user device such as POS terminal using the accused product) over the direct communication link. |

communication link.

# Find an app

(1) From a browser, log in to your Clover account.

(2) At the left, select one of the following based on what you see onscreen:

- **More Tools**. The App Market screen will appear.
- **More** > **App Market**

(3) Enter a term in the Search field or use the menus at the top right to browse apps.

(4) **My apps**. Browse the apps on your system, either by apps included with your Clover system or by third-party developers.

(5) **Categories**. Select a category and filter by Top Rated, Most Popular, or Newest.

(6) **Collections**. Select a collection of apps curated by Clover and filter by Most Relevant, Top Rated, Most Popular, or Newest.

# Install an app

After you find the app you want, you can connect to it and start using it with your system.

(1) Select the app you want to install.

(2) Select **Connect** or **Open**; then Select View Subscription Pricing to see the subscription and cost levels, for example, free, basic, plus, or premium.

(3) Select the option you want, then select **Connect**.

(4) If required, enter an ID and password to create an account with the app; then follow the instructions to get started.

Installed apps appear at the left on the Web Dashboard and on all Clover devices.

https://www.clover.com/en-US/help/find-and-connect-apps?srsltid=AfmBOorJDMPx_rmZ80oNgRvsdoWCWJKYKDRv4GaZz53PlxRRmncMr-af



https://www.clover.com/appmarket/apps/HFQ0K8AT9WMEJ



Source: capture from Fiddler Classic